UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>Philip E. Abdoo and Vita A. Abdoo,<br><br>Debtors. | CHAPTER 13<br>CASE NO. 09-41060-JBR |

### Order Granting Chase Home Finance, LLC Relief From Stay And Leave To Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that Chase Home Finance, LLC, its Successors and/or Assigns, Motion for Relief From Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and/or 11 U.S.C. §1301 is hereby terminated and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Philip E. Abdoo and Vita A. Abdoo to Mortgage Electronic Registration Systems, Inc. dated September 15, 2005 and recorded with the Essex County (Northern District) Registry of Deeds at Book 9786, Page 1 and which covers the premises located at 528 Lowell Street, Methuen, MA 01844, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

_____

Honorable Joel B. Rosenthal
United States Bankruptcy Judge

*Joel B. Rosenthal*

200904-1474

10/8/2009

6