**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Philip E. Abdoo and Vita A. Abdoo<br>Debtor, | Chapter: 13<br>Case No: 09–41060<br>Judge Melvin S. Hoffman |

## ORDER
## REGARDING DEFICIENT FILING

Your recent filing of **Amd Sch I and J** on **JUNE 17, 2010** with the Court was deficient and/or defective as noted below:

☑ Service (Missing or Insufficient)

☑ Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐ Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐ Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐ Reaffirmation Agreement Cover Sheet.

☐ Real Estate Worksheet.

☐ Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☑ Other **Motion to Amd**

You are hereby **ORDERED** to file the above required documents(s) on or before **JULY 1, 2010** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.
FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John. W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

● United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date:6/17/10

By the Court,

Anne Harmon
Deputy Clerk
508–770–8913

104 – 102, 103